IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BAY EQUITY LLC,                                    ) | |
| )| |
| Plaintiff,                          ) | |
| )| |
| v.                                                    ) | C.A. NO. 20-cv-10693 |
| )| |
| TOTAL MORTGAGE SERVICES, LLC,          ) | |
| STEVEN SIRMAIAN and DENISE PEACH,    ) | |
| )| |
| Defendants.                         ) | |
| )| |
| )| |

## <u>NOTICE OF APPEARANCE</u>

Please enter the appearance of Ryan M. Cunningham and Fitch Law Partners LLP on

behalf of Defendants Total Mortgage Services, LLC, Steven Sirmaian, and Denise Peach.

Respectfully submitted,

Dated: April 8, 2020                    TOTAL MORTGAGE SERVICES, LLC,
STEVEN SIRMAIAN, AND DENISE PEACH,

By their attorneys,

*/s/ Ryan M. Cunningham*
Jonathan W. Fitch, BBO #168510
Ryan M. Cunningham, BBO #661440
Jared L. Hubbard, BBO #569132
Malgorzata A. Mrozek, BBO #699035
FITCH LAW PARTNERS LLP
One Beacon Street
Boston, MA  02108
(617) 542-5542
jwf@fitchlp.com
rmc@fitchlp.com
jlh@fitchlp.com
mam@fitchlp.com

## **CERTIFICATE OF SERVICE**

I, Ryan M. Cunningham, hereby certify that a true copy of the above document was served upon the counsel of record by first-class mail, postage prepaid, on April 8, 2020.

*/s/ Ryan M. Cunningham*
Ryan M. Cunningham