UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BAY EQUITY LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>TOTAL MORTGAGE SERVICES, LLC, STEVEN SIRMAIAN, and DENISE PEACH,<br><br>*Defendants*. | Civil Action No.: 1:20-cv-10693-IT |

## PLAINTIFF'S MOTION FOR REMAND

Plaintiff Bay Equity LLC ("Bay Equity") respectfully moves this Court to remand this action to Middlesex Superior Court, Commonwealth of Massachusetts. As grounds for this Motion, Bay Equity relies upon its Memorandum in Support of Plaintiff's Motion for Remand, filed contemporaneously herewith.

WHEREFORE, Plaintiff Bay Equity LLC's Motion for Remand should be granted.

Respectfully submitted,

BAY EQUITY LLC,

By its attorneys,

*/s/ Stephen D. Riden*
Russell Beck, BBO No. 561031
Stephen D. Riden, BBO No. 644451
Hannah T. Joseph, BBO No. 688132
Beck Reed Riden LLP
155 Federal Street, Suite 1302
Boston, Massachusetts  02110
(617) 500-8660 Telephone
(617) 500-8665 Facsimile
*rbeck@beckreed.com*
*sriden@beckreed.com*
*hjoseph@beckreed.com*

Dated:  April 24, 2020

## CERTIFICATE OF SERVICE

I hereby certify that this document has been filed through the CM/ECF system on April 24, 2020, and will be served electronically to the registered participants as identified on the Notice of Electronic Filing through the Court's transmission facilities, and that non-registered participants have been served this day by mail.

*/s/ Stephen D. Riden*

## L.R. 7.1(a)(2) CERTIFICATE

I certify pursuant to Local Rule 7.1(a)(2) that, on April 21, 2020, at 11:00 a.m. ET, during a videoconference, counsel for the parties conferred and attempted in good faith to resolve or narrow the issues presented by this Motion.  Defendants' counsel has indicated that Defendants plan to oppose this Motion.

*/s/ Stephen D. Riden*